WAGENER, Respondent, v. FIDELITY & CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by H. Allen Wagener against the Fidelity & Casualty Company, etc. No opinion. Judgment and order affirmed, with costs.

WAITE, Respondent, v. DELAWARE & HUDSON CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by James L. Waite against the Delaware & Hudson Company. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless within 20 days after service of order respondent stipulates to reduce the verdict to $1,500, in which case judgment as so reduced and order unanimously affirmed, without costs.

WALTER v. RAFALSKY. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Gustave E. Walter against Rosalie L. Rafalsky. No opinion. Motion granted; question certified; order filed.

WANAMAKER et al., Respondents, v. EDLIN, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by John Wanamaker and others against William Edlin. L. B. Boudin, for appellant. R. Ely, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re WANTZELIUS. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) In the matter of the judicial settlement of the account of proceedings of Hugo Wantzelius, as general guardian of Camille J. N. Kainer, an infant (Hugo Wantzelius and Ætna Indemnity Company, appellants), and as general guardian of Edythe M. Kainer, an infant. No opinion. Motion for resettlement denied.

In re WANTZELIUS (two cases). (Supreme Court, Appellate Division, Second Department. June 27, 1906.) In the matter of the judicial settlement of the account of proceedings of Hugo Wantzelius, as general guardian of Camille J. N. Kainer and Edythe M. Kainer, infants. No opinion. Motions granted.

WARDEN v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Irene Warden, an infant, etc., against the city of New York and others. No opinion. Plaintiff's exceptions sustained, and motion for new trial granted; costs to abide the event.

WARLAND, Appellant, v. MURALO CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by William E. Warland against the Muralo Company. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

WARNER, Respondent, v. HOLMES, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Ellen E. Warner against Franklin S. Holmes. No opinion. This order for the taking of deposition of a person not a party cannot stand, for it was granted at Special Term, instead of by a judge, the affidavits presented were insufficient in material matters, and the order itself is indefinite, if not defective. The order is reversed, with $10 costs and disbursements, and the motion is denied, with $10 costs.

WASHBURN, Appellant, v. TRAVELERS' INS. CO. OF HARTFORD, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Washburn against the Travelers' Insurance Company of Hartford. No opinion. Judgment affirmed, with costs.

WASHINGTON TRUST CO. OF CITY OF NEW YORK, Respondent, v. MORSE IRON WORKS & DRY DOCK CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 15, 1906.) Action by the Washington Trust Company of the city of New York against the Morse Iron Works & Dry Dock Company and others. No opinion. Motion for leave to appeal to the Court of Appeals granted; questions to be settled before JENKS, J.

In re WASSERMAN. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) In the matter of the application of Frank Wasserman for admission to the bar. No opinion. Application for admission to the bar granted.

In re WATERMAN. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) In the matter of the estate of Henry Waterman, deceased. No opinion. We are of the opinion that it was not necessary in this case to grant a new trial upon a reversal. Sections 2586 and 2587, Code Civ. Proc. The motion is denied, without costs.

In re WATERMAN'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) In the matter of the estate of Henry Waterman, deceased. No opinion. Order of the Surrogate's Court of Kings County reversed on argument, with $10 costs and disbursements, and motion for stay denied.

WATKINS et al., Appellants, v. MILLS, Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by Joseph Watkins and another against Darius O. Mills, impleaded. J. A. Garver, for appellants. G. W. Murray, for respondents. No opinion. Judgment affirmed, with costs, on Blum v. Whitney (Court of Appeals, May 17, 1906; 77 N. E. 1159), with leave to plaintiff to amend on payment of costs in this court and in the court below.

WEBB, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Howard W. Webb against the New York City Railway Company. No opinion. Judgment of the Municipal Court re-